Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| Ernestine Frazier<br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Dignity Healing<br>_____<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☐ Yes ☐ No<br><br>FILED BY _____ D.C.<br>NOV 03 2023<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ernestine Frazier
   Address: 3307 Shoma Drive
   Royal Palm Beach, Fl 33414
   City / State / Zip Code
   County: Palm Beach
   Telephone Number: 561-667-5643
   E-Mail Address: ernestinefrz@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Jean Kealsey — Error 11-3-2023 11:56
   Job or Title: Clinical Director
   Address: Travel Traveling Therapist
   WPB, Fl 33404
   City / State / Zip Code
   County: Palm Beach
   Telephone Number: 561-718-5486
   E-Mail Address: jkralsev@aol.com
   [X] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: Sigg A Iz
   Job or Title: Clinical Director
   Address: 120 State Market Rd
   Pahokee, Flc.
   City / State / Zip Code
   County: Palm Beach
   Telephone Number: 561-459-7348
   E-Mail Address:
   [X] Individual capacity   [X] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Vanessa Mullen
Job or Title (if known): Operations Manager
Address: 120 State Market Rd
West Palm Beach, Fl
City / State / Zip Code

County: Palm Beach
Telephone Number: 561-459-9226
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: Brent Lyles
Job or Title (if known): No Information no longer there
Address:
City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Dignity Healing
120 State Market Rd
Pahokee, Fl 33476

B.  What date and approximate time did the events giving rise to your claim(s) occur? From the year 8-16-21 up to the end of March. I was transferred. The system she listed me as being terminated 4-1-2023. When I was transferred Sigga sent out an email that I am not nee anything dealing with Dignity Healing.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Discriminated because the color of my skin Race, and retalated against by Sigga Irizzarry. Brent Lyles Lied and stated "I was having an emotional Breakdown throwing things in the office." Brent Lyles also stated "he had to secure the patients Sigga would always tell me that I was angry upset, and defensive. Sigga would always make me appear to defensive or angry even when I ask a question. I was in my office and patient became upset, cursing, throwing in my office. I called text Sigga she ingored my calls and texts. Manny Group lead, Mia casemanager were sitting at table, heard th

Page 4 of 6

C.
The patient became violent, pacing back and forth throwing around the chair IN MY OFFICE. The whole time I kept calling, texting, and emailed Sigga she did not reply. When I did reach her. She said I was talking to Mia, and I heard a patient screaming and cursing in the background. I responded telling Sigga thats was why I was calling you to assist me he could have hurt me. Sigga did reply to the incident where I could have been seriously injured Sigga stay on phone with Mia he was close to my office he nor Manny helped me with patient

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My hair came out due the stress. I would ill, headaches and Anxious when I had to go back to work after my days. I could not sleep wondering what I did to them I Lost alot of weight because I could not keep Food down. I always worked in fear Sigga would tell me your anger, upset, and deffensive when she was with me alone. I am still Struggle with the mental abuse Sigga, Brent, and Hr did to me after I asked Jenifer Rains - Director of Humans Resources and Monica IN HR to file grieviences IN February 5, 2023 they all ignored me, and Racist discriminate Continue

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to make her, Brent, and the others that I worked with see they can't treat Black people like they are nothing. I want the court to make her see that making Black people Feel they are nothing. I want her to pay me for the emotional damage, the mental abuse I subject to on daily basis by her, and Brent. I want to pay for all the time I become ill in fear of loosing my Job, for all the nights I stayed yp triple checking my work and she still told that I didn't completed It. I want her to pay for mental abuse by her, Jules and Brent. I want her to pay for all the lies she told like I wanted Kill myself. I want her to pay for assigning others patient and if it didn't get done. I was still blamed for it not getting done. I want 250,000 for all the pain mental abuse I have struggled at that Locate, I am still Struggle Now. I was targeted made to appear emotional unstable, Angry, deffensive and upset. I was under so much stress my hair come out

around the front of my head to behind my ears.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-03-2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Ernestine L Frazier

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____ City    _____ State    _____ Zip Code

Telephone Number _____

E-mail Address _____

extra pages are emails where I tried resolve my concern about me being discriminated, and pictures of office where Brent Lyles stated " I had an emotional breakdown and threw things around office. It will show no damage to my office or the common area between offices

**From:** Sigridur Irizarry
**Sent:** Wednesday, January 18, 2023 10:58 AM
**To:** Ernestine Frazier
**Subject:** Re: New Client Assignments

*This der reply me*

Thank you. But, regardless of who is assigned to the bio, it is your responsibility to make sure it is complete on time because ultimately, he is on your caseload.

Sigga Irizarry, MS, LMHC
Clinical Director
sirizarry@dignityhealing.com
(561) 413-0905

Dignity Healing
120 State Market Rd
Pahokee, FL 33476



### STATEMENT OF CONFIDENTIALITY

This message is protected under the Federal Regulations governing Confidentiality of Alcohol and Substance Abuse patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosure of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or substance abuse patient. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Ernestine Frazier <Ernestine.Frazier@DignityHealing.com>
**Sent:** Wednesday, January 18, 2023 10:51 AM
**To:** Sigridur Irizarry <SIrizarry@DignityHealing.com>
**Subject:** FW: New Client Assignments

Sent from Mail for Windows

**From:** Sigridur Irizarry
**Sent:** Friday, January 13, 2023 4:05 PM

**From:** Ernestine Frazier
**Sent:** Sunday, February 5, 2023 8:03 AM
**To:** Jennifer Rains
**Subject:** RE: Grievience

Good Morning Jennifer,

Thank you

Sent from Mail for Windows

**From:** Jennifer Rains
**Sent:** Thursday, February 2, 2023 5:11 PM
**To:** Ernestine Frazier
**Subject:** RE: Grievience

Hi Ernestine,

I am available to discuss any HR related issues you may have.  Please let me know what day/time you are available.


Jennifer Rains
Director of Human Resources
Zinnia Health
Jennifer.Rains@ZinniaHealth.com
Direct – 657-606-1596
www.zinniahealth.com
Our values:  Integrity | Team Play | 1% Improvement each day



CONFIDENTIALITY NOTICE: This message is protected under the Federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosure of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. All information contained herein is to be considered confidential and proprietary to Zinnia Health. Any copying, forwarding, sharing or use of this information in any manner without written permission from an authorized Zinnia Health representative is strictly prohibited.

# Grievance

From: ernestine frazier (ernestinefrzr@yahoo.com)

To: jennifer.rains@zinniahealth.com

Date: Sunday, February 5, 2023 at 12:22 PM EST

Jennifer,

The grievance letter that I filed with LaTonya is not in file. I have been unable to get a grievance forms have emailed Monica and Melanie. There has been no follow up with past grievance, lack of confidential space to work, lack of proper support, and isolation from treatment team. Clinical supervisor Sigga asked while I was discussing with way I felt I was not part of the treatment team. Sigga inappropriately asks me do I want to harm myself and I replied no. The next day Sigga comes to my office and calls Monica then she tells her the something about me harming myself to which replied no. Sigga is painting a picture of me as being unstable, anger, upset, and defensive black woman. I went on vacation in 12/2022, came back too work after 01/02/2023. I contracted the influenzas and to be home for 2 weeks, so I been out almost a month. I would like to discussed this with you please.

Thank you,
Ernestine Frazier
561667-5643

**From:** Ernestine Frazier
**Sent:** Friday, February 10, 2023 10:34 AM
**To:** Jennifer Rains
**Subject:**

Good morning,
I have left you two voicemails that I am available on Fridays to speak with you about filing the grievances. I have emailed you to let you know about what I am going through . I off today and can speak with you.

Thank you
Ernestine
561-667-5643


Get Outlook for iOS

5

My office where Brent Lyles Stated
I was throwing things  error EF 11-8-2023

this W

< "Sigga" told HR that was terminted when I was transferred and this is still in the system

Paylocit

EF **Ernestine Frazier** Terminated

Not employed since 4/1/2023

Show Private Data

## 🏢 Employment

**Summary**    Assignments



No current positions four

6

Common area where Brent Lyles Staled" I was throwning thing around there is no damage on a Nothing has been throw



Brent office

My office is across from his

71 My office where Brent Lyles stated "I was throwing things around



Wednesday • Mar 22, 2023   Adjust
• 7:36 AM



Wednesday • Mar 22, 2023   Adjust
• 7:36 AM

**To:** DL-DH-Therapist; DL-DH-Case Managers
**Subject:** New Client Assignments

~~Clements~~ - Ernestine and Mia -
    Jules will complete bio — *I completed it when I found out, it was not done 01-18-2023*
    Ernestine, please complete full Columbia and treatment plan

Thank you,

Sigga Irizarry, MS, LMHC
Clinical Director
sirizarry@dignityhealing.com
(561) 413-0905

Dignity Healing
120 State Market Rd
Pahokee, FL 33476



DIGNITY HEALING

**STATEMENT OF CONFIDENTIALITY**
This message is protected under the Federal Regulations governing Confidentiality of Alcohol and Substance Abuse patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 "("HIPAA"), 45 C.F.R. Pts. 160 & 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosure of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or substance abuse patient. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.